FILED
CLERK, U.S. DISTRICT COURT
NOV - 7 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 8 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SCOTT DOE, et al., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT KLEIN, II, et al., <br><br> Defendants. | ED CV 05-00438 RSWL (SGLx) <br><br> ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE |

Defendants' Motion to Dismiss or Transfer Venue pursuant to 28 U.S.C. § 1406(a) and Federal Rule of Civil Procedure Rule 12(b)(3); or in the alternative, to transfer venue to the Northern District of California in the interest

1

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

of justice, pursuant to 28 U.S.C. § 1404(a), came on regularly for hearing before the Court on October 24, 2005 at 9:00 AM, before the Honorable Ronald S.W. Lew, United States District Judge.

Deputy Attorney General Tamar Pachter appeared on behalf of all Defendants and R. Martin Palmer appeared *pro hac vice* on behalf of all Plaintiffs.

Having considered all of the papers and argument in the matter, the Court finds and concludes as follows:

(1) Venue is not proper in the Central District of California under 28 U.S.C. § 1391(b)(1) because none of the defendants reside in this district. Nor is venue proper under 28 U.S.C. § 1391(b)(2), because as currently plead no substantial part of the events or omissions giving rise to the claims alleged occurred within the Central District of California.

(2) Under 28 U.S.C. § 1406(a), if venue is improper, the Court shall dismiss the case, or transfer the case to a district where venue is proper if the interest of justice so requires. There is currently no showing justifying transfer at this time.

(3) Plaintiffs have not sufficiently established that they have standing to bring this action in order to establish that venue is proper in the Central District of California.

Accordingly, Defendants' Motion to Dismiss for improper venue is **GRANTED,** and this case is dismissed without prejudice. Defendants' alternative motion to transfer this case to the Northern District of California is **DENIED as moot.**

**IT IS SO ORDERED.**

RONALD S.W. LEW

_____
**RONALD S.W. LEW**
United States District Judge

DATED: November 7, 2005